IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER MCGHEE, II | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2281 Ml/V |
| | ) | |
| THOMAS E. HANSOM, JEAN E. MARKOWITZ, OFFICER P. BOYCE, OFFICER H. MOSS, CAUSEY & HAYWOOD, PLLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO SHOW CAUSE**

Before the Court is the Motion to Dismiss and/or in the Alternative for Summary Judgment of Defendant Markowitz, filed April 19, 2005. Under Local Rule 7.2(a)(2) and Federal Rule of Civil Procedure 6, a response to that motion was due on or before May 23, 2005. Also before the Court is the Motion to Dismiss by Defendants Boyce and Moss, filed April 22, 2005. Under Local Rule 7.2(a)(2) and Federal Rule of Civil Procedure 6, a response to that motion was due on or before May 25, 2005. To date, Plaintiff has not filed a response to either motion. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendants' motions should not be granted.[1]

---

[1] To comply with this Order, Plaintiff must file a written response to Defendants' motions.

Failure to respond to this Order to Show Cause in a timely manner may result in a judgment in favor of Defendants on the motions.

So ORDERED this 2 day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02281 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

P. Boyce
201 Poplar Ave. 12th Floor
Memphis, TN 38103

David S. Walker
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Jean E. Markowitz
100 N. Main Bldg. Suite 2400
Memphis, TN 38103

Thomas E. Hansom
659 Freeman
Memphis, TN 38122

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT