IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WALTER McGHEE, II )
)
      Plaintiff, )
)
vs. )
) Civil No. 05-2281-Ml/V
)
THOMAS E. HANSOM, ET AL., )
)
      Defendants. )
)
)

---

## ORDER DENYING DEFAULT

---

On June 17, 2005, plaintiff filed a Request for Entry of Default and Default Judgment against defendants Markowitz, Boyce, Moss, and Causey & Caywood.

In compliance with Rule 55(a), FRCvP, plaintiff's request for entry of default against defendants Markowitz, Boyce, Moss, and Causey & Caywood is DENIED.

Entered this 8th day of July, 2005.

                ROBERT R. DI TROLIO,
                Clerk of Court

                BY: _____
                Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02281 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Jean E. Markowitz
100 N. Main Bldg. Suite 2400
Memphis, TN 38103

Thomas E. Hansom
659 Freeman
Memphis, TN 38122

P. Boyce
201 Poplar Ave. 12th Floor
Memphis, TN 38103

David S. Walker
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Jon McCalla  
US DISTRICT COURT