FILED BY /C D.C.

05 AUG 11 AM 8:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **WALTER McGHEE,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **THOMAS E. HANSOM, et al.,** | **CASE NO: 05-2281 Ml/V** |
| Defendants. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motions for Summary Judgment, Order of Dismissal, and Order Certifying Appeal Not Taken in Good Faith, entered August 10, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 10, 2005
Date

THOMAS M. GOULD
Clerk of Court

Earline Grayer
(By) Deputy Clerk

---

[1] This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02281 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

P. Boyce
201 Poplar Ave. 12th Floor
Memphis, TN 38103

David S. Walker
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Jean E. Markowitz
100 N. Main Bldg. Suite 2400
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Thomas E. Hansom
659 Freeman
Memphis, TN 38122

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT