IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| WALTER MCGHEE, II<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS E. HANSOM, et al.,<br><br>　　　　Defendants. | No. 05-2281-Ml/V |

## ORDER DENYING MOTIONS FOR LEAVE TO FILE REPLIES

On July 28, 2005, Defendants Markowitz and "Causey and Caywood, PLLC" filed motions for leave to file a reply to Plaintiff's response to their motions for summary judgment. Replies were not necessary for the determination of the defendants' motions for summary judgment. The defendants' motions were granted. The motions for leave to file replies are DENIED as MOOT, due to the dismissal of this case.

IT IS SO ORDERED this ___15___ day of August, 2005.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JON PHIPPS MCCALLA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-15-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02281 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
659 Freeman
Memphis, TN 38122

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

P. Boyce
201 Poplar Ave. 12th Floor
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David S. Walker
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Jean E. Markowitz
100 N. Main Bldg. Suite 2400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT